

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Dasi Reddy Dayakar and               * From the 42nd District Court
Satguru Hospitality, LLC,                of Taylor County
                                         Trial Court No. 47,626-A.


Vs. No. 11-16-00256-CV               * December 8, 2016

Civic Plaza, LLC,                    * Per Curiam Memorandum Opinion
                                       (Panel consists of: Wright, C.J.,
                                       Willson, J., and Bailey, J.)

This court has considered the parties' joint motion for dismissal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.